## McBride v. Van Fleet.

*(Common Pleas of New York City and County, General Term.* December 3, 1888.)

APPEAL—REVIEW—WEIGHT OF EVIDENCE—COMMON PLEAS.

> The court of common pleas for New York city and county cannot set aside a verdict rendered in the city court, as against the weight of evidence.

Appeal from city court, general term.

Action in the city court by Robert McBride against Richard W. Van Fleet for moneys alleged to have been collected for plaintiff. Judgment for defendant was affirmed at general term, and plaintiff appeals.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Thornton, Earle & Kiende,* for appellant. *L. A. Giegerich,* for respondent.

PER CURIAM. We think that a verdict for the plaintiff ought to have been rendered, but it is not in our power to set aside a verdict given in the city court, on the ground that it is against the weight of evidence. We find no error that would justify a reversal in any of the rulings at the trial. No course is open to us but to affirm the judgment and order appealed from, with costs.